In the Matter of CARL GELTZ, Petitioner, against HAROLD R. CHEEK, as City Manager of the City of Niagara Falls, Respondent.— Determination confirmed, without costs. All concur. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

In the Matter of WILLIAM FARMER, Petitioner, against HAROLD R. CHEEK, as City Manager of the City of Niagara Falls, Respondent.— Determination confirmed, without costs. All concur. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

In the Matter of DONALD MOYER, Petitioner, against HAROLD R. CHEEK, as City Manager of the City of Niagara Falls, Respondent.— Determination confirmed, without costs. All concur. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

In the Matter of CHARLES BRIDGMAN, Petitioner, against HAROLD R. CHEEK, as City Manager of the City of Niagara Falls, Respondent.— Determination confirmed, without costs. All concur. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.

■

In the Matter of JOHN M. RAE, Petitioner, against HAROLD R. CHEEK, as City Manager of the City of Niagara Falls, Respondent.— Determination confirmed, without costs. All concur. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ.